```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 15642
   RICHARD ARTHUR PRICE
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1657


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/28/07 .

   2.  The case was converted to Chapter 7 without confirmation, 10/22/2007.

------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO       CURRENT MORTG        .00          .00            .00
AMERICAS SERVICING CO       SECURED              .00          .00            .00
DAIMLER CHRYSLER FINANCI    SECURED              .00          .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CITIFINANCIAL               UNSECURED       NOT FILED         .00            .00
DILLARDS                    UNSECURED       NOT FILED         .00            .00
EMERGE                      UNSECURED       NOT FILED         .00            .00
GE MONEY BANK               UNSECURED       NOT FILED         .00            .00
HSBC                        UNSECURED       NOT FILED         .00            .00
HSBC                        UNSECURED       NOT FILED         .00            .00
HSBC                        UNSECURED       NOT FILED         .00            .00
HSBC                        UNSECURED       NOT FILED         .00            .00
JC PENNEY CO                UNSECURED       NOT FILED         .00            .00
KOHLS                       UNSECURED       NOT FILED         .00            .00
MACYS                       UNSECURED       NOT FILED         .00            .00
MACYS                       UNSECURED       NOT FILED         .00            .00
NORDSTROM FSB               UNSECURED       NOT FILED         .00            .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID

PIER I IMPORTS INC          UNSECURED       NOT FILED         .00            .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED       NOT FILED         .00            .00
SIMMONS FIRST NATIONAL B    UNSECURED       NOT FILED         .00            .00
TARGET                      UNSECURED       NOT FILED         .00            .00
WASHINGTON MUTUAL CARD S    UNSECURED       NOT FILED         .00            .00
WELLS FARGO CARD SERVICE    UNSECURED       NOT FILED         .00            .00
WELLS FARGO CARD SERVICE    UNSECURED       NOT FILED         .00            .00
NISSAN MOTOR ACCEPTANCE     SECURED VEHIC        .00          .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00           .00           .00           .00
PRINCIPAL PAID                  .00           .00           .00           .00           .00
INTEREST PAID                   .00           .00           .00           .00           .00
TOTAL PAID                      .00           .00           .00           .00           .00
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $         .00
and was paid $          .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 01/17/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
            CASE NO. 07 B 15642 RICHARD ARTHUR PRICE